In the Matter of the Application of HENRIETTA VOGEL, Respondent, for an Order Canceling and Discharging of Record a Mortgage upon Real Property.

SCUDERI & TAIBBI, Appellants.

*Real property — mortgage — cancellation and discharge of record of mortgage on real property.*

*Matter of Vogel,* 212 App. Div. 838, affirmed.

(Submitted May 4, 1925; decided May 15, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 3, 1925, which reversed an order of Special Term denying a motion for an order canceling and discharging of record a mortgage upon real property and dispensing with the production of the original mortgage and granted said motion.

*Abraham Feinstein* and *Louis J. M. Druss* for appellants.
*Jacob R. Schiff* and *Samuel W. Dorfman* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, MCLAUGHLIN, ANDREWS and LEHMAN, JJ. Dissenting: CRANE, J. Absent: POUND, J.